# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JEREMY A. WEBB**                                                                                    **PETITIONER**

v.                                       No. 3:14-cv-217-DPM-HDY

**WENDY KELLEY, Director of the Arkansas
Department of Correction**                                                      **RESPONDENT**

### ORDER

Unopposed recommendation, № 27, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). A certificate of appealability will not issue because Webb hasn't made a substantial showing that the Constitution was violated in his case. 28 U.S.C. § 2253(c)(1)–(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 April 2015