# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JEREMY A. WEBB**  PETITIONER

v.  No. 3:14-cv-217-DPM

**WENDY KELLEY, Director of the Arkansas
Department of Correction**  RESPONDENT

## JUDGMENT

Webb's petition is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 April 2015